NDISPO, STAYED, TERMED

# U.S. District Court
# District of Colorado (Denver)
# CIVIL DOCKET FOR CASE #: 1:08-cv-00307-REB-MJW
# Internal Use Only

Savin et al v. Davol, Inc. et al
Assigned to: Judge Robert E. Blackburn
Referred to: Magistrate Judge Michael J. Watanabe
Cause: 28:1332 Diversity-Product Liability

Date Filed: 02/12/2008
Date Terminated: 04/01/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

| | | |
|---|---|---|
| **Patricia Savin** | represented by | **Michael David Eric McDivitt**<br>McDivitt Law Firm, P.C.<br>19 East Cimarron Street<br>Colorado Springs, CO 80903<br>719-471-3700<br>Fax: 719-471-9782<br>Email: dmcdivitt@mcdivittlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Joseph Savin** | represented by | **Michael David Eric McDivitt**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Davol, Inc.** | represented by | **Terry Cipoletti**<br>Kennedy Childs & Fogg, PC-Denver<br>1050 17th Street<br>#2500<br>Denver, CO 80265-2080<br>303-825-2700<br>Fax: 303-825-0434<br>Email: tcipoletti@kcfpc.com |

**Defendant**

| | | |
|---|---|---|
| **C.R. Bard, Inc.** | represented by | **Terry Cipoletti** |

(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/12/2008 | 1 | COMPLAINT against Davol, Inc., C.R. Bard, Inc. ( Filing fee $ 350, Receipt Number COX007698) Summons issued, filed by Patricia Savin, Joseph Savin. (Attachments: # 1 Civil Cover Sheet, # 2 Receipt)(llk, ) (Entered: 02/13/2008) |
| 02/13/2008 | 2 | ORDER REFERRING CASE to Magistrate Judge Michael J. Watanabe. Signed by Judge Robert E. Blackburn on 2/13/08. (rebsec, ) (Entered: 02/13/2008) |
| 02/21/2008 | 3 | ORDER, Scheduling Conference set for 4/21/2008 10:00 AM in Courtroom A 502 before Magistrate Judge Michael J. Watanabe. Signed by Magistrate Judge Michael J. Watanabe on 2/21/08. (erv, ) (Entered: 02/21/2008) |
| 03/20/2008 | 4 | Unopposed MOTION to Stay *Proceedings Pending Transfer to Federal Multidistrict Litigation* by Defendants Davol, Inc., C.R. Bard, Inc.. (Attachments: # 1 Exhibit A) (Cipoletti, Terry) (Entered: 03/20/2008) |
| 03/20/2008 | 5 | NOTICE *Regarding Pendency of Multidistrict Litigation and Associated Cases* by Defendants Davol, Inc., C.R. Bard, Inc. (Cipoletti, Terry) (Entered: 03/20/2008) |
| 03/20/2008 | 6 | STATEMENT *Corporate Disclosure Statement* by Defendants Davol, Inc., C.R. Bard, Inc.. (Cipoletti, Terry) (Entered: 03/20/2008) |
| 03/21/2008 | 7 | MEMORANDUM regarding 4 Unopposed MOTION to Stay *Proceedings Pending Transfer to Federal Multidistrict Litigation* filed by C.R. Bard, Inc., Davol, Inc. Motions referred to Magistrate Judge Michael J. Watanabe by Judge Robert E. Blackburn on 3/21/08. (Text Only Entry - No Document Attached)(rebsec, ) (Entered: 03/21/2008) |
| 03/24/2008 | 8 | MINUTE ORDER granting 4 Dfts Unopposed Motion to Stay Proceedings Pending Transfer to Federal Multidistrict litigation until further Order of the Court. It is FURTHER ORDERED that the parties shall file a joint written status reportwith this court on or before May 9, 2008. This written status report shall update this court on the status of this case before the Multidistrict Litigation Panel. It is FURTHER ORDERED that the Rule 16 Scheduling Conference before Magistrate Judge Watanabe on April 21, 2008, at 10:00 a.m. is VACATED.Signed by Magistrate Judge Michael J. Watanabe on 3/24/08.(erv, ) (Entered: 03/24/2008) |
| 03/24/2008 | 9 | (Court only) Utility Setting/Resetting Deadlines/Hearings: Status Report due by 5/9/2008, ***Scheduling Hearings terminated; Text only entry - no document attached. (erv, ) (Entered: 03/24/2008) |
| 03/31/2008 | 10 | Courtesy Copy of Letter from MDL Clerk to Clerk, USDC, Rhode Island regarding CTO-16 (MDL No. 1842) (llk, ) (Entered: 04/07/2008) |
| 04/01/2008 | 11 | Certified Copy of Conditional Transfer ORDER (CTO-16) transferring this case to USDC, District of Rhode Island and assigned to the Honorable Mary M. Lisi. Civil Case Terminated.. Certified on 4/1/2008. (llk, ) (Entered: 04/07/2008) |